**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Guillermo TAFOLLA–AYALA,
Defendant—Appellant.**

No. 05–10130.

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2006.*

Filed April 10, 2006.

Peter S. Levitt, Esq., Las Vegas, NV, for Plaintiff–Appellee.

Guillermo Tafolla–Ayala, Safford, AZ, pro se.

Arthur L. Allen, Esq., Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: HAWKINS, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Guillermo Tafolla–Ayala appeals from his guilty plea conviction and 60–month

sentence for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. § 846, and distribution of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Tafolla–Ayala has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Tafolla–Ayala has not filed a pro se supplemental brief.

Our independent review of the record, pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by 9th Cir. R. 36–3.

